IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-1171

DERMAFORCE HOLDINGS, LLC, *et al*.

        Plaintiffs,

v.

TARA ASHWOOD a/k/a TARA SALZ, *et al*.

        Defendants.

## STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs DermaForce Holdings, LLC and SkinBetter Science, LLC (collectively, "SkinBetter") and Defendants Tara Ashwood a/k/a Tara Salz, Skincare Solutions Store, LLC, and Advanced Skincare, LLC (collectively, the "Defendants") (altogether, the "Parties") have stipulated and agreed to entry of this Final Judgment and Permanent Injunction pursuant to the Conditional Settlement and Release Agreement ("Settlement Agreement") entered into by the Parties. The Parties have approved the substance and form of this Stipulated Final Judgment and Permanent Injunction and, based on the pleadings, the Parties' Settlement Agreement, and the factual, legal and/or other findings below, and for other good cause,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      This Court has jurisdiction over the subject matter of this action and personal jurisdiction over Defendants.

2.      Venue is proper in this Court.

3.      SkinBetter has valid and subsisting trademarks for SKINBETTER SCIENCE®, registration nos. 5,158,020 and 5,088209; SKINBETTER®, registration nos. 5,088,281, 4,543,994 and 4,538,385; SKINBETTER THE SCIENCE OF YOUR SKIN®, registration no. 4,723,001; ALPHARET®, registration nos. 5,111,407 and 5138804; INTERFUSE®, registration no. 5,224,409 and INVISILIFT®, registration no. 5,397,092 (collectively, the "SkinBetter Registered Trademarks").

4.      Defendants have engaged in the sale of unauthorized SkinBetter products.

5.      Defendants acknowledge receipt of the Complaint, Summons, First Amended Complaint, and related papers in this lawsuit, and acknowledge service and/or waive service of the Complaint, Summons, First Amended Complaint, and related papers.

6.      Defendants have waived all rights to seek judicial review or otherwise challenge or contest the validity of this final Order.

7.      Defendants have consulted with counsel, or have had the opportunity to consult with counsel, prior to the entry of this final Order.

8. The injunctive relief provisions of this Judgment shall apply to Defendants, as well as their agents, owners, servants, employees, and those persons or entities acting on their behalf, at their direction, or in concert with them (the "Enjoined Parties").

9. Defendants and the Enjoined Parties are hereby permanently restrained and enjoined from:

(a) any use of the SkinBetter Registered Trademarks in connection with the SkinBetter brand or products;

(b) advertising, selling, or facilitating the advertisement or sale of, via the Internet or otherwise, any goods or products bearing any of the SkinBetter Registered Trademarks;

(c) using the SkinBetter Registered Trademarks in any manner, including advertising on the Internet. This includes use as part of a seller name, e-commerce site, email address, domain name, keyword, application (app), metatag, metadata, creating buying or selling links, blogs, online postings, or social media, or otherwise in any way that directs customers or potential customers to Defendants or Defendants' websites or e-commerce sites, in any way that constitutes or leads to advertising or search engine optimization, or in any way that is likely to lead customers or potential customers to

3

believe that Defendants are authorized, licensed, or sponsored by SkinBetter or affiliated with SkinBetter;

(d) importing, exporting, manufacturing, producing, distributing, circulating, shipping, selling, offering to sell, advertising, promoting, or displaying any goods or products bearing any of the SkinBetter Registered Trademarks;

(e) purchasing or acquiring products bearing any of the SkinBetter Registered Trademarks for the purpose of resale;

10.   Further, Defendants and Enjoined Parties shall:

(a) Take all action to remove or have removed from Defendants' or the Enjoined Parties' websites, social media accounts, and e-commerce sites, any reference to any of SkinBetter's products, or any of the SkinBetter Registered Trademarks including, but not limited to: http://www.amazon.com; http://www.amazon.ca; http://www.amazon.mx; http://www.skincaresolutionsstore.com; and http://www.ebay.com. Defendants shall permanently delete, remove and recall from all web sites, blogs, online auctions, stores, shops, markets, outlets, catalogues, or other channels of commerce (and all of the foregoing applying to electronic forms in addition to brick and

4

mortar or paper), any listings for products bearing the SkinBetter Registered Trademark, and shall direct all other Enjoined Parties within Defendants' control to do the same;

(b) Take all future action necessary to remove the SkinBetter Registered Trademarks, including images bearings them, from the URL: http://www.skincaresolutionsstore.com and any other website Defendants own, operate, or control, including any storefronts on http://www.amazon.com; http://www.amazon.ca; http://www.amazon.mx; http://www.skincaresolutionsstore.com; and http://www.ebay.com;

(c) Take all reasonable steps sufficient to monitor and ensure that all persons within Defendants' control or employment (whether independent contractors, employees, agents, partners, or otherwise) comply with this Order, including but not limited to by providing a copy of this Order to any person within their control or employment and requiring that such persons adhere to its terms; and

(d) Take all reasonable steps sufficient to monitor and ensure that all persons authorized to act on Defendants' behalf comply with this Order; and take all reasonable corrective action with respect to any individual whom Defendants determine is not in compliance with the

terms of this Order, which may include training, disciplining, and/or terminating such individual, and notifying SkinBetter in writing of the underlying conduct.

11. Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this Order is binding upon the following persons who receive actual notice of it: the Defendants, the Defendants' officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with the Defendants or the Defendants' officers, agents, servants, employees, and attorneys.

12. SkinBetter shall have the right and ability to re-open these proceedings to seek damages (including but not limited to statutory damages) and its attorneys' fees, or to seek other judicial relief, in the event that the Enjoined Parties do not fully comply with this Order. Upon proof of any violations by any of the Defendants of the provisions of this Injunction, the Court shall be authorized to award damages and other relief therefor, as provided by law.

13. This Court shall retain jurisdiction of this matter in law and in equity for the purpose of enforcing and/or adjudicating claims in violation of this Final Judgment and Permanent Injunction. Any such matters shall be raised by noticed motion.

14. Each party shall bear its own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED** and **ENTERED** this __27th__ day of __August_____ 2018.

s/Scott T. Varholak
_____
UNITED STATES MAGISTRATE JUDGE

ACKNOWLEDGED AND AGREED:

Dated:  August 23, 2018

/s/ Adam C. Sherman                      
Carolyn J. Fairless
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Telephone: (303) 244-1852
Fax: (303) 244-1879
fairless@wtotrial.com

Adam C. Sherman
Kent A. Britt
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East Fourth Street
Great American Tower, Suite 3500
Cincinnati, Ohio 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
acsherman@vorys.com
kabritt@vorys.com

*Counsel for Plaintiffs*

/s/ Tara Ashwood                      
Tara Ashwood
Advance Skincare, LLC
Skincare Solutions Store, LLC
10569 West Vista View Drive
Littleton, CO 80127
*Defendant*

/s/ M. Evan Sweet                      
M. Evan Sweet, #12949
5353 W. Dartmouth Ave., Suite 504
Denver, CO 80227
Telephone: (303) 980-8031
mesattorney@gmail.com

*Counsel for Defendants Advance Skincare, LLC and Skincare Solutions Store, LLC*

7